| | |
|---|---|
| 1 | LAW OFFICES OF JON JACOBS |
| | Jon P Jacobs, Esq. |
| 2 | Terry L. Baker, Esq. |
| | terry@lemonbuyback.com |
| 3 | 1 Ridgegate Drove. Suite 245 |
| | Temecula, California 92590 |
| 4 | Tel: 916/ 663-6400 |
| | Fax: 916/ 663-6500 |
| 5 | |
| 6 | Attorneys for Plaintiff SHIRLEY ARONSON |
| 7 | BOWMAN AND BROOKE LLP |
| | Brian Takahashi (SBN: 146505) |
| | Brian.Takahashi@bowmanandbrooke.com |
| 8 | 970 West 190th Street, Suite 700 |
| | Torrance, California 90502 |
| 9 | Tel No.: 310/ 768-3068 |
| | Fax No.: 310/ 719-1019 |
| 10 | |
| 11 | BOWMAN AND BROOKE LLP |
| | Sean A. Ramia (SBN: 172989) |
| 12 | Sean.Ramia@bowmanandbrooke.com |
| | Parris H. Schmidt (SBN: 183999) |
| 13 | Parris.Schmidt@bowmanandbrooke.com |
| | 1741 Technology Drive, Suite 200 |
| 14 | San Jose, California 95110-1364 |
| | Tel No: 408/ 279-5393 |
| 15 | Fax No: 408/ 279-5845 |
| 16 | Attorneys for Defendant |
| 17 | JAGUAR LAND ROVER NORTH AMERICA, LLC |

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHIRLEY ARONSON, an individual; | **CASE NO.: 2:19−cv−01217−MCE−CKD** |
| Plaintiff, | (Removed from the Placer County Superior Court, Case No. SCV0042983) |
| vs. | Assigned to: Hon. Morrison C. England, Jr. |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, limited liability company; and DOES ONE through TWENTY, | **JOINT STIPULATION RE CONDITIONAL SETTLEMENT AND REQUEST TO VACATE DEADLINES; ORDER THEREON** |
| Defendants. | Action Filed: May 3, 2019<br>Trial: None |

**TO THE HONORABLE MORRISON C. ENGLAND, JR.:**

Pursuant to the Court's Order of July 1, 2019, the Parties hereby jointly notify the Court that a mutual settlement has been reached in this matter. The parties are finalizing the settlement agreement and will then awaiting receipt of the settlement check and disbursement of funds. The Parties shall file a joint request for dismissal immediately upon plaintiff's receipt of the settlement check. The Parties respectfully request that the Court vacate any upcoming deadlines to allow the Parties time to complete the terms of the settlement agreement.

Defendant is filing this Joint Stipulation of Conditional Settlement with Plaintiff's approval and permission.

Respectfully submitted,

DATED: November 7, 2019     LAW OFFICES OF JON JACOBS

BY: /s/ Terry L. Baker
Terry L. Baker
Attorney for Plaintiff
SHIRLEY ARONSON

DATED: November 7, 2019     BOWMAN AND BROOKE LLP

BY: /s/ Sean A. Ramia
Brian Takahashi
Sean A. Ramia
Parris H. Schmidt
Attorneys for Defendant
JAGUAR LAND ROVER NORTH AMERICA, LLC

**ORDER**

In accordance with the foregoing stipulation of the parties, the above JOINT STIPULATION OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE DEADLINES is hereby approved. All dates and deadlines in this matter are vacated. The parties are directed to file dispositional documents not later than January 12, 2020.

**IT IS SO ORDERED.**

DATED: November 15, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE