LAW OFFICES OF JON JACOBS
Jon P Jacobs, Esq.
Terry L. Baker, Esq.
terry@lemonbuyback.com
1 Ridgegate Drove. Suite 245
Temecula, California 92590
Tel:      916/ 663-6400
Fax:      916/ 663-6500

Attorneys for Plaintiff SHIRLEY ARONSON

BOWMAN AND BROOKE LLP
Brian Takahashi (SBN:  146505)
Brian.Takahashi@bowmanandbrooke.com
970 West 190th Street, Suite 700
Torrance, California 90502
Tel No.:   310/ 768-3068
Fax No.:   310/ 719-1019


BOWMAN AND BROOKE LLP
Sean A. Ramia (SBN:  172989)
Sean.Ramia@bowmanandbrooke.com
Parris H. Schmidt (SBN:  183999)
Parris.Schmidt@bowmanandbrooke.com
1741 Technology Drive, Suite 200
San Jose, California 95110-1364
Tel No:    408/ 279-5393
Fax No:    408/ 279-5845

Attorneys for Defendant
JAGUAR LAND ROVER NORTH AMERICA, LLC

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHIRLEY ARONSON, an individual;<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, limited liability company; and DOES ONE through TWENTY,<br><br>　　　　　Defendants. | **CASE NO.:  2:19−CV−01217−MCE−CKD**<br><br>(Removed from the Placer County Superior Court, Case No. SCV0042983)<br><br>Assigned to: Hon. Morrison C. England, Jr.<br><br>**STIPULATION TO DISMISS WITH PREJUDICE AND ORDER**<br><br>Action Filed:　May 3, 2019<br>Trial:　　　　None |

**TO THE HONORABLE MORRISON C. ENGLAND, JR.:**

All of the conditions of the Settlement and Release Agreement have been satisfied by the parties, therefore, Plaintiff SHIRLEY ARONSON and Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC hereby respectfully request this court dismiss this action with prejudice pursuant to FRCP 41(a)(1).

Respectfully submitted,

DATED: December 19, 2019  LAW OFFICES OF JON JACOBS

BY: */s/ Terry L. Baker*
    Terry L. Baker
    Attorney for Plaintiff
    SHIRLEY ARONSON

DATED: December 19, 2019  BOWMAN AND BROOKE LLP

BY: */s/ Sean A. Ramia*
    Brian Takahashi
    Sean A. Ramia
    Parris H. Schmidt
    Attorneys for Defendant
    JAGUAR LAND ROVER NORTH AMERICA, LLC

## ORDER

Pursuant to the Parties' stipulation above, the matter entitled *Shirley Aronson v. Jaguar Land Rover North America, LLC*, Case No. 2:19-cv-01217-MCE-CKD pending before the court is hereby dismissed with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: January 6, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE